**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARK MEGLIORINO, | ) | NO. CV 11-07895 SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.


DATED: July 10, 2012

                    _____/S/_____
                    SUZANNE H. SEGAL
                    UNITED STATES MAGISTRATE JUDGE